| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 030 |
|---|---|---|---|---|---|
| M3P | 000146 | 067920 | | 0000010047 | 1 |

# Earnings Statement

**ADP**

ILSCO EXTRUSIONS INC
4730 MADISON ROAD
CINCINNATI, OH 45227-1426

Period Beginning: 12/19/2021
Period Ending: 01/01/2022
Pay Date: 01/07/2022

WILLIAM R. BUBECK
12 CARNEGIE ROAD
GREENVILLE PA 16125

Filing Status: Married filing jointly
Exemptions/Allowances:
 Federal: Standard Withholding Table

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.5000 | 48.00 | 840.00 | 840.00 |
| HOLIDA | 17.5000 | 32.00 | 560.00 | 560.00 |
| **Gross Pay** | | | **$1,400.00** | 1,400.00 |

**Deductions**

Statutory
| | this period | year to date |
|---|---|---|
| Federal Income Tax | -36.08 | 36.08 |
| Social Security Tax | -85.87 | 85.87 |
| Medicare Tax | -20.08 | 20.08 |
| PA State Income Tax | -42.52 | 42.52 |
| Sugar Grove Income Tax | -13.85 | 13.85 |
| Sugar Grove Local Svc Tax | -10.00 | 10.00 |
| PA SUI Tax | -0.84 | 0.84 |

Other
| | this period | year to date |
|---|---|---|
| Dental | -11.85* | 11.85 |
| Vision | -3.21* | 3.21 |
| 401K | -28.00* | 28.00 |

**Net Pay** **$1,147.70**
Checking   -1,147.70
**Net Check**   **$0.00**

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| 401K Er Match | 28.00 | 28.00 |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
ER BUSINESS CONTACT PH# (513) 871-4000

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
 PA: Married
Exemptions/Allowances:
 PA: N/A

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,356.94

© 2000 ADP, LLC

ILSCO EXTRUSIONS INC
4730 MADISON ROAD
CINCINNATI, OH 45227-1426

Advice number: 00000010047
Pay date: 01/07/2022

Deposited to the account of
WILLIAM R. BUBECK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0508 | xxxx xxxx | $1,147.70 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# 2021 W-2 and EARNINGS SUMMARY

ADP®

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

**1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | PA. State Wages, Tips, Etc. Box 16 of W-2 | 430303 SUG/ Local Wages Tips, Etc. Box 18 of W- |
|---|---|---|---|---|---|
| Gross Pay | 43,241.47 | 43,241.47 | 43,241.47 | 43,241.47 | 43,241.47 |
| Less 401(k) (D-Box 12) | 840.46 | N/A | N/A | N/A | N/A |
| Less Other Cafe 125 | 1,923.31 | 1,923.31 | 1,923.31 | 1,923.31 | 1,923.31 |
| Reported W-2 Wages | 40,477.70 | 41,318.16 | 41,318.16 | 41,318.16 | 41,318.1( |

**2. Employee Name and Address.**

WILLIAM R. BUBECK
12 CARNEGIE ROAD
GREENVILLE PA 16125

\* PA local wages and withholding are reported to employee work location PSD unless it is ouside of PA (Per Act 32)

© 2021 ADP, Inc.

---

## W-2 Wage and Tax Statement — 2021 — Employee Reference Copy
OMB No. 1545-0008
Copy C for employee's records.

Control number: 000146 ATLA/M3P  Dept. 067920  Corp. A  Employer use only 8

Employer's name, address, and ZIP code:
ILSCO EXTRUSIONS INC
4730 MADISON ROAD
CINCINNATI OH 45277

Batch #03768

Employee's name, address, and ZIP code:
WILLIAM R. BUBECK
12 CARNEGIE ROAD
GREENVILLE PA 16125

Employer's FED ID number: 27-2909202
Employee's SSA number: XXX-XX-3981
1 Wages, tips, other comp.: 40477.70
2 Federal income tax withheld: 1492.89
3 Social security wages: 41318.16
4 Social security tax withheld: 2561.73
5 Medicare wages and tips: 41318.16
6 Medicare tax withheld: 599.11
7 Social security tips:
8 Allocated tips:
10 Dependent care benefits:
11 Nonqualified plans:
12a See instructions for box 12: D 840.46
14 Other: 25.94 SUI
12b: DD 5798.24
12c:
12d:
13 Stat emp / Ret. plan X / 3rd party sick pay
15 State: PA  Employer's state ID no.: 9428 0841
16 State wages, tips, etc.: 41318.16
17 State income tax: 1268.45
18 Local wages, tips, etc.: 41318.16
19 Local income tax: 413.21
20 Locality name: 430303

---

## W-2 Wage and Tax Statement — 2021 — Federal Filing Copy
OMB No. 1545-0008

1 Wages, tips, other comp.: 40477.70
2 Federal income tax withheld: 1492.89
3 Social security wages: 41318.16
4 Social security tax withheld: 2561.73
5 Medicare wages and tips: 41318.16
6 Medicare tax withheld: 599.11
Control number: 000146 ATLA/M3P 067920 A 8
Employer: ILSCO EXTRUSIONS INC, 4730 MADISON ROAD, CINCINNATI OH 45277
Employer's FED ID number: 27-2909202
Employee's SSA number: XXX-XX-3981
7 Social security tips:
8 Allocated tips:
10 Dependent care benefits:
11 Nonqualified plans:
12a D 840.46
14 Other: 25.94 SUI
12b DD 5798.24
12c / 12d
13 Stat emp / Ret. plan X / 3rd party sick pay
Employee: WILLIAM R. BUBECK, 12 CARNEGIE ROAD, GREENVILLE PA 16125
15 State: PA  9428 0841
16 State wages: 41318.16
17 State income tax: 1268.45
18 Local wages: 41318.16
19 Local income tax: 413.21
20 Locality name: 430303

---

## W-2 Wage and Tax Statement — 2021 — PA. State Filing Copy
OMB No. 1545-0008

1 Wages, tips, other comp.: 40477.70
2 Federal income tax withheld: 1492.89
3 Social security wages: 41318.16
4 Social security tax withheld: 2561.73
5 Medicare wages and tips: 41318.16
6 Medicare tax withheld: 599.11
Control number: 000146 ATLA/M3P 067920 A 8
Employer: ILSCO EXTRUSIONS INC, 4730 MADISON ROAD, CINCINNATI OH 45277
Employer's FED ID number: 27-2909202
Employee's SSA number: XXX-XX-3981
7 Social security tips:
8 Allocated tips:
10 Dependent care benefits:
11 Nonqualified plans:
12a D 840.46
14 Other: 25.94 SUI
12b DD 5798.24
13 Stat emp / Ret. plan X / 3rd party sick pay
Employee: WILLIAM R. BUBECK, 12 CARNEGIE ROAD, GREENVILLE PA 16125
15 State: PA  9428 0841
16 State wages: 41318.16
17 State income tax: 1268.45
18 Local wages: 41318.16
19 Local income tax: 413.21
20 Locality name: 430303

---

## W-2 Wage and Tax Statement — 2021 — City or Local Filing Copy
OMB No. 1545-0008

1 Wages, tips, other comp.: 40477.70
2 Federal income tax withheld: 1492.89
3 Social security wages: 41318.16
4 Social security tax withheld: 2561.73
5 Medicare wages and tips: 41318.16
6 Medicare tax withheld: 599.11
Control number: 000146 ATLA/M3P 067920 A 8
Employer: ILSCO EXTRUSIONS INC, 4730 MADISON ROAD, CINCINNATI OH 45277
Employer's FED ID number: 27-2909202
Employee's SSA number: XXX-XX-3981
7 Social security tips:
8 Allocated tips:
10 Dependent care benefits:
11 Nonqualified plans:
12a D 840.46
14 Other: 25.94 SUI
12b DD 5798.24
13 Stat emp / Ret. plan X / 3rd party sick
Employee: WILLIAM R. BUBECK, 12 CARNEGIE ROAD, GREENVILLE PA 16125
15 State: PA  9428 0841
16 State wages: 41318.16
17 State income tax: 1268.45
18 Local wages: 41318.16
19 Local income tax: 413.21
20 Locality name: 430303



**PENNSTAR Federal Credit Union**

PENNSTAR FEDERAL CU
4139 E STATE ST
HERMITAGE  PA  16148-3494

RETURN SERVICE REQUESTED

>01232 5262273 001 092029 62091
WALDENE N BAUGH
12 CARNEGIE ST
GREENVILLE PA  16125

16125

**MEMBER'S STATEMENT OF ACCOUNT**

Contact: 724-981-2973
Fax:     724-981-9339

Lost or stolen Debit Card: After hours call 1-800-472-3272

E-Mail: pennstarfcu@neohio.twcbc.com

www.pennstarfederal.com

**MEMBER NUMBER**
XXXXX7015

**STATEMENT PERIOD**
10/01/2021 - 10/31/2021

---

To View this month's Newsletter please visit us at www.pennstarfederal.com. Read it to learn about what is new at Pennstar and to find a couple chances to win some prizes!!

## ACCOUNT SUMMARY -   Balances as of 10/31/2021

Deposit Accounts
Share Plan 10                                  5.00
Checking Account                             499.20-

## SHARE PLAN 10

### Account Activity

| Posted | Description | Amount | Balance |
|---|---|---|---|
| 10/01 | PREVIOUS BALANCE | | 5.00 |
| 10/01 | SHARE DEPOSIT FROM SHARE DRAFT W/D | 180.00 | 185.00 |
| 10/01 | SHARE WITHDRAWAL TO XACCT TRANSFER | -180.00 | 5.00 |
| 10/31 | NEW SHARE BALANCE | | 5.00 |

## CHECKING ACCOUNT

### Account Activity

| Posted | Description | Amount | Balance |
|---|---|---|---|
| 10/01 | PREVIOUS BALANCE | | -496.30 |
| 10/01 | EFT SSI  TREAS 310  ;100121;XXSUPP SEC | 794.00 | 297.70 |
| 10/01 | EFT COMM OF PA  SSP ;100121;DPWBENEFIT | 22.10 | 319.80 |
| 10/01 | SHARE DRAFT W/D TO SHARE DEPOSIT | -180.00 | 139.80 |
| 10/01 | SHARE DRAFT W/D TO CASH DISBURSED, COURTESY PAY | -639.00 | -499.20 |
| 10/31 | NEW SHARE BALANCE | | -499.20 |

|  | TOTAL FOR PERIOD | TOTAL YTD |
|---|---|---|
| TOTAL OVERDRAFT FEES | 0.00 | 390.00 |

FEE ADJUSTMENTS MAY BE REFLECTED IN TOTALS

01232 5262273 002286 004022 00001/00002  c62091