| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |  |
|---|---|---|---|---|---|
| M3P | 000146 | 067920 |  | 0000010047 | 1 |

ILSCO EXTRUSIONS INC
4730 MADISON ROAD
CINCINNATI, OH 45227-1426

**Earnings Statement**  ADP

Period Beginning: 12/19/2021
Period Ending: 01/01/2022
Pay Date: 01/07/2022

WILLIAM R. BUBECK
12 CARNEGIE ROAD
GREENVILLE PA 16125

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.5000 | 48.00 | 840.00 | 840.00 |
| HOLIDA | 17.5000 | 32.00 | 560.00 | 560.00 |
| **Gross Pay** | | | **$1,400.00** | 1,400.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -36.08 | 36.08 |
| | Social Security Tax | -85.87 | 85.87 |
| | Medicare Tax | -20.08 | 20.08 |
| | PA State Income Tax | -42.52 | 42.52 |
| | Sugar Grove Income Tax | -13.85 | 13.85 |
| | Sugar Grove Local Svc Tax | -10.00 | 10.00 |
| | PA SUI Tax | -0.84 | 0.84 |
| **Other** | | | |
| | Dental | -11.85* | 11.85 |
| | Vision | -3.21* | 3.21 |
| | 401K | -28.00* | 28.00 |
| **Net Pay** | | **$1,147.70** | |
| Checking | | -1,147.70 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Er Match | 28.00 | 28.00 |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
ER BUSINESS CONTACT PH# (513) 871-4000

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
   PA:  Married
Exemptions/Allowances:
   PA:  N/A

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,356.94

© 2000 ADP, LLC

ILSCO EXTRUSIONS INC
4730 MADISON ROAD
CINCINNATI, OH 45227-1426

Advice number: 00000010047
Pay date: 01/07/2022

Deposited to the account of
WILLIAM R. BUBECK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0508 | xxxx xxxx | $1,147.70 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

## 2021 W-2 and EARNINGS SUMMARY — ADP

**Employee Reference Copy**

W-2 Wage and Tax Statement 2021
OMB No. 1545-0008
Copy C for employee's records.

| Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000146 ATLA/M3P | 067920 | A | 8 |

**Employer's name, address, and ZIP code**
ILSCO EXTRUSIONS INC
4730 MADISON ROAD
CINCINNATI OH 45277

Batch #03768

**Employee's name, address, and ZIP code**
WILLIAM R. BUBECK
12 CARNEGIE ROAD
GREENVILLE PA 16125

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

### 1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | PA. State Wages, Tips, Etc. Box 16 of W-2 | 430303 SUG Local Wages Tips, Etc. Box 18 of W- |
|---|---|---|---|---|---|
| Gross Pay | 43,241.47 | 43,241.47 | 43,241.47 | 43,241.47 | 43,241.47 |
| Less 401(k) (D-Box 12) | 840.46 | N/A | N/A | N/A | N/ |
| Less Other Cafe 125 | 1,923.31 | 1,923.31 | 1,923.31 | 1,923.31 | 1,923.31 |
| Reported W-2 Wages | 40,477.70 | 41,318.16 | 41,318.16 | 41,318.16 | 41,318.1 |

### 2. Employee Name and Address.

WILLIAM R. BUBECK
12 CARNEGIE ROAD
GREENVILLE PA 16125

* PA local wages and withholding are reported to employee work location PSD unless it is ouside of PA (Per Act 32)

© 2021 ADP, Inc.

| Employer's FED ID number | Employee's SSA number |
|---|---|
| 27-2909202 | XXX-XX-3981 |

| Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 40477.70 | 1492.89 |

| Social security wages | 4 Social security tax withheld |
|---|---|
| 41318.16 | 2561.73 |

| Medicare wages and tips | 6 Medicare tax withheld |
|---|---|
| 41318.16 | 599.11 |

| Social security tips | 8 Allocated tips |
|---|---|
| | |

| 10 Dependent care benefits |
|---|

| 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|
| | D  840.46 |
| 14 Other | 12b DD  5798.24 |
| 25.94 SUI | 12c |
| | 12d |
| 13 Stat emp. Ret. plan 3rd party sick pay |
| X |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| PA | 9428 0841 | 41318.16 |
| 17 State income tax | | 18 Local wages, tips, etc. |
| 1268.45 | | 41318.16 |
| 19 Local income tax | | 20 Locality name |
| 413.21 | | 430303 |

(Federal Filing Copy)

W-2 Wage and Tax Statement 2021
OMB No. 1545-0008

Wages, tips, other comp. 40477.70 | Federal income tax withheld 1492.89
Social security wages 41318.16 | Social security tax withheld 2561.73
Medicare wages and tips 41318.16 | Medicare tax withheld 599.11
Control number 000146 ATLA/M3P 067920 | Corp. A | Employer use only 8
Employer's name, address, and ZIP code: ILSCO EXTRUSIONS INC, 4730 MADISON ROAD, CINCINNATI OH 45277
Employer's FED ID number 27-2909202 | Employee's SSA number XXX-XX-3981
Social security tips | Allocated tips
10 Dependent care benefits
11 Nonqualified plans | 12a D 840.46
14 Other 25.94 SUI | 12b DD 5798.24
13 Stat emp. Ret. plan X 3rd party sick pay
Employee: WILLIAM R. BUBECK, 12 CARNEGIE ROAD, GREENVILLE PA 16125
15 PA 9428 0841 | 16 State wages 41318.16
17 State income tax 1268.45 | 18 Local wages 41318.16
19 Local income tax 413.21 | 20 Locality name 430303

(PA State Filing Copy)

W-2 Wage and Tax Statement 2021
OMB No. 1545-0008

Same data as above.

(City or Local Filing Copy)

W-2 Wage and Tax Statement 2021
OMB No. 1545-0008

Same data as above.



**PENNSTAR Federal Credit Union**
PENNSTAR FEDERAL CU
4139 E STATE ST
HERMITAGE PA 16148-3494

RETURN SERVICE REQUESTED

>01232 5262273 001 092029 62091
WALDENE N BAUGH
12 CARNEGIE ST
GREENVILLE PA  16125

16125

**MEMBER'S STATEMENT OF ACCOUNT**

Contact: 724-981-2973
Fax:     724-981-9339

Lost or stolen Debit Card: After hours call 1-800-472-3272

E-Mail: pennstarfcu@neohio.twcbc.com

www.pennstarfederal.com

**MEMBER NUMBER**
XXXXX7015

**STATEMENT PERIOD**
10/01/2021 - 10/31/2021

Page 1 of 2

To View this month's Newsletter please visit us at www.pennstarfederal.com.  Read it to learn about what is new at Pennstar and to find a couple chances to win some prizes!!

## ACCOUNT SUMMARY - Balances as of 10/31/2021

Deposit Accounts
Share Plan 10                5.00
Checking Account           499.20-

## SHARE PLAN 10

### Account Activity

| Posted | Description | Amount | Balance |
|---|---|---|---|
| 10/01 | PREVIOUS BALANCE | | 5.00 |
| 10/01 | SHARE DEPOSIT FROM SHARE DRAFT W/D | 180.00 | 185.00 |
| 10/01 | SHARE WITHDRAWAL TO XACCT TRANSFER | -180.00 | 5.00 |
| 10/31 | NEW SHARE BALANCE | | 5.00 |

## CHECKING ACCOUNT

### Account Activity

| Posted | Description | Amount | Balance |
|---|---|---|---|
| 10/01 | PREVIOUS BALANCE | | -496.30 |
| 10/01 | EFT SSI TREAS 310 ;100121;XXSUPP SEC | 794.00 | 297.70 |
| 10/01 | EFT COMM OF PA  SSP ;100121;DPWBENEFIT | 22.10 | 319.80 |
| 10/01 | SHARE DRAFT W/D TO SHARE DEPOSIT | -180.00 | 139.80 |
| 10/01 | SHARE DRAFT W/D TO CASH DISBURSED, COURTESY PAY | -639.00 | -499.20 |
| 10/31 | NEW SHARE BALANCE | | -499.20 |

| | TOTAL FOR PERIOD | TOTAL YTD |
|---|---|---|
| TOTAL OVERDRAFT FEES | 0.00 | 390.00 |

FEE ADJUSTMENTS MAY BE REFLECTED IN TOTALS

01232 5262273 002286 004022 00001/00002  c62091