| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | William R. Bubeck<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–3981<br>_ _ – _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Waldene N. Bubeck<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–9043<br>_ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter: | 7    1/24/22 |
| Case number: | 22–10040–TPA | | |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | William R. Bubeck | Waldene N. Bubeck |
| 2. | **All other names used in the last 8 years** | | aka Waldene N Baugh |
| 3. | **Address** | 12 Carnegie Street<br>Greenville, PA 16125 | 12 Carnegie Street<br>Greenville, PA 16125 |
| 4. | **Debtor's attorney**<br>Name and address | Paula J. Cialella<br>Paula J. Cialella, Attorney at Law<br>113 North Mercer Street<br>New Castle, PA 16101 | Contact phone 724–658–4417<br>Email: paula@nypalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Tamera Ochs Rothschild<br>318 W. Spring Street<br>Titusville, PA 16354 | Contact phone 814–827–2760<br>Email: trothschild@gmx.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court U.S. Courthouse, Room B160 17 South Park Row Erie, PA 16501 | Hours open: Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. Contact phone 814–464–9740 Date: 2/7/22 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 8, 2022 at 09:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/9/22** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10040-TPA |
| William R. Bubeck | Chapter 7 |
| Waldene N. Bubeck | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 08, 2022 | Form ID: 309A | Total Noticed: 52 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William R. Bubeck, Waldene N. Bubeck, 12 Carnegie Street, Greenville, PA 16125-1603 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15448282 | + | ARS, 1643 NW 136th Avenue, Building H, Suite 100, Sunrise, FL 33323-2857 |
| 15448280 | + | Action Revenue Recovery, 910 Bres Ave., Monroe, LA 71201-5955 |
| 15448281 | + | Apothaker Scian PC, 520 Fellowship Road, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15448285 | | Capio Partners LLC, 311 30th Avenue, Sherman, TX 75091 |
| 15448284 | | Capio Partners LLC, 311 30th Avenue E, Sherman, TX 75091 |
| 15448295 | + | Diversified Adjustment Service, Inc,, 600 Coon Rapids Blvd. NW, Coon Rapids, MN 55433-5549 |
| 15448297 | | Excel Pain Consultants LLC, Muhammad Arif, MD, PO Box 14397, Youngstown, OH 44514-7397 |
| 15448298 | | Heritage Valley Health System, HVMG Surgical Associates, PO Box 536589, Pittsburgh, PA 15253-5907 |
| 15448300 | + | Innovative Recovery Inc., 5310 Harvest Hill Road, Suite 277, Dallas, TX 75230-5800 |
| 15448302 | + | KML Law Group, P.C., 701 Market Street Suite 5000, BNY Mellon Independence Ctr., Philadelphia, PA 19106-1541 |
| 15448304 | + | Linebarger Goggan Blair & Sampson LLP, Attorneys at Law, PO Box 659443, San Antonio, TX 78265-9443 |
| 15448305 | ++ | MEDSTAR PHYSICIAN S BILLING SERVICES, PO BOX 847, ARLINGTON VA 22216-0847 address filed with court:, MedStar Physicians Billing Services, PO Box 847, Arlington, VA 22216-0847 |
| 15448308 | + | Nationstar Mortgage, LLC DBA Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 15448309 | | PAM, LLC-PA Turnpike, PO Box 1153, Milwaukee, WI 53201-1153 |
| 15448310 | | Penn Credit, 916 S 14th Street, PO Box 988, Harrisburg, PA 17108-0988 |
| 15448314 | + | Primary Health Network, PO Box 716, Sharon, PA 16146-0716 |
| 15448315 | | Robert Peirce & Associates, PC, 2500 Gulf Tower, Pittsburgh, PA 15219 |
| 15448316 | | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 15448323 | | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15448326 | + | Waypoint Resourse Group LLC, PO Box 8588, San Antonio, TX 78208-0588 |
| 15448328 | + | Woodland Meadows, 25335 Budde Road, Spring, TX 77380-2200 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: paula@nypalaw.com | | |
| | | | Feb 08 2022 23:38:00 | Paula J. Cialella, Paula J. Cialella, Attorney at Law, 113 North Mercer Street, New Castle, PA 16101 |
| tr | + | EDI: BTOROTHSCHILD.COM | | |
| | | | Feb 09 2022 04:43:00 | Tamera Ochs Rothschild, 318 W. Spring Street, Titusville, PA 16354-1659 |
| smg | | EDI: PENNDEPTREV | | |
| | | | Feb 09 2022 04:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Feb 08 2022 23:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: |

Case 22-10040-TPA    Doc 14    Filed 02/10/22    Entered 02/11/22 00:26:00    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 08, 2022 | Form ID: 309A | Total Noticed: 52 |

| Recipient ID | | Delivery Method | Date | Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Feb 08 2022 23:38:00 | BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| 15448283 | + | Email/Text: bankruptcy@cavps.com | Feb 08 2022 23:38:00 | Calvery Portfolio Services, 500 Summit Lake Drive Ste 4A, Valhalla, NY 10595-2323 |
| 15448286 | + | EDI: CAPITALONE.COM | Feb 09 2022 04:43:00 | Captial One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15448287 | + | EDI: CAPITALONE.COM | Feb 09 2022 04:43:00 | Captital One Bank/Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15448288 | | EDI: COMCASTCBLCENT | Feb 09 2022 04:43:00 | Comcast Cable, PO Box 3005, Southeastern, PA 19398-3005 |
| 15448289 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Feb 08 2022 23:38:00 | Commonwealth Finance, 245 Main Street, Scranton, PA 18519-1641 |
| 15448291 | | EDI: CCS.COM | Feb 09 2022 04:43:00 | Credit Collection Service, PO Box 55126, Boston, MA 02205-5126 |
| 15448292 | + | EDI: CCS.COM | Feb 09 2022 04:43:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15448294 | | Email/Text: bdsupport@creditmanagementcompany.com | Feb 08 2022 23:38:00 | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15448293 | + | Email/Text: bdsupport@creditmanagementcompany.com | Feb 08 2022 23:38:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15448299 | | EDI: CITICORP.COM | Feb 09 2022 04:43:00 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15448301 | | EDI: JEFFERSONCAP.COM | Feb 09 2022 04:43:00 | Jefferson Capital Systems, 16 Mceland Rd, Saint Cloud, MN 56303 |
| 15448303 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 08 2022 23:38:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15448306 | | Email/Text: bankruptcy@ncaks.com | Feb 08 2022 23:38:00 | National Credit Adjustors, PO Box 3023, Hutchinson, KS 67504-3023 |
| 15448307 | | EDI: NESF.COM | Feb 09 2022 04:43:00 | National Enterprise Systems, 29125 Solon Rd., Solon, OH 44139-3442 |
| 15448312 | | Email/Text: info@phoenixfinancialsvcs.com | Feb 08 2022 23:38:00 | Phoenix Financial Services, LLC, PO Box 361450, Indianapolis, IN 46236-1450 |
| 15448313 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 08 2022 23:38:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 15448311 | | Email/Text: bankruptcy@firstenergycorp.com | Feb 08 2022 23:38:00 | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 15449080 | | EDI: PENNDEPTREV | Feb 09 2022 04:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15449080 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2022 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15448320 | | Email/Text: amieg@stcol.com | Feb 08 2022 23:38:00 | State Collection Service Inc., PO Box 6250, Madison, WI 53716-0250 |
| 15448318 | | EDI: SWCR.COM | Feb 09 2022 04:43:00 | Southwest Credit System, LP, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 15448319 | | Email/Text: dl-csgbankruptcy@charter.com | Feb 08 2022 23:38:00 | Spectrum, PO Box 901, Carol Stream, IL 60132-0901 |
| 15448321 | | Email/Text: CollectionsCompliance@firstdata.com | Feb 08 2022 23:38:00 | TRS Recovery Services, Inc., PO Box 60022, City |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| 15448322 | | Email/Text: txulec09@vistraenergy.com | | |
| | | | Feb 08 2022 23:38:00 | TXU Energy, 6555 Sierra Dr., Irving, TX 75309 of Industry, CA 91716 |
| 15448324 | + | Email/Text: hcouto@v-k-i.net | | |
| | | | Feb 08 2022 23:38:00 | Valentine & Kebartas, Inc., PO Box 325, Lawrence, MA 01842-0625 |
| 15448327 | + | Email/Text: ebankruptcy@woodforest.com | | |
| | | | Feb 08 2022 23:38:00 | Woodforest National Bank, 25231 Grogans Mill Suite 450, Spring, TX 77380-3103 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Legacy Mortgage Asset Trust 2020-GS5 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15452752 | *+ | ARS, 1643 NW 136th Avenue, Building H, Suite 100, Sunrise, FL 33323-2857 |
| 15452750 | *+ | Action Revenue Recovery, 910 Bres Ave., Monroe, LA 71201-5955 |
| 15452751 | *+ | Apothaker Scian PC, 520 Fellowship Road, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15452753 | *+ | Calvery Portfolio Services, 500 Summit Lake Drive Ste 4A, Valhalla, NY 10595-2323 |
| 15452754 | * | Capio Partners LLC, 311 30th Avenue E, Sherman, TX 75091 |
| 15452755 | * | Capio Partners LLC, 311 30th Avenue, Sherman, TX 75091 |
| 15452756 | *+ | Captial One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15452757 | *+ | Captital One Bank/Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15452758 | * | Comcast Cable, PO Box 3005, Southeastern, PA 19398-3005 |
| 15448290 | *+ | Commonwealth Finance, 245 Main St, Scranton, PA 18519-1641 |
| 15452760 | *+ | Commonwealth Finance, 245 Main St, Scranton, PA 18519-1641 |
| 15452759 | *+ | Commonwealth Finance, 245 Main Street, Scranton, PA 18519-1641 |
| 15452761 | * | Credit Collection Service, PO Box 55126, Boston, MA 02205-5126 |
| 15452762 | *+ | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15452764 | * | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15452763 | *+ | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15452765 | *+ | Diversified Adjustment Service, Inc,, 600 Coon Rapids Blvd. NW, Coon Rapids, MN 55433-5549 |
| 15452766 | * | Diversified Consultants, Inc., PO Box 1391, Southgate, MI 48195-0391 |
| 15452767 | * | Excel Pain Consultants LLC, Muhammad Arif, MD, PO Box 14397, Youngstown, OH 44514-7397 |
| 15452768 | * | Heritage Valley Health System, HVMG Surgical Associates, PO Box 536589, Pittsburgh, PA 15253-5907 |
| 15452769 | * | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15452770 | *+ | Innovative Recovery Inc., 5310 Harvest Hill Road, Suite 277, Dallas, TX 75230-5800 |
| 15452771 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15452772 | *+ | KML Law Group, P.C., 701 Market Street Suite 5000, BNY Mellon Independence Ctr., Philadelphia, PA 19106-1541 |
| 15452773 | *+ | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15452774 | *+ | Linebarger Goggan Blair & Sampson LLP, Attorneys at Law, PO Box 659443, San Antonio, TX 78265-9443 |
| 15452775 | *P++ | MEDSTAR PHYSICIAN S BILLING SERVICES, PO BOX 847, ARLINGTON VA 22216-0847, address filed with court:, MedStar Physicians Billing Services, PO Box 847, Arlington, VA 22216-0847 |
| 15452776 | * | National Credit Adjustors, PO Box 3023, Hutchinson, KS 67504-3023 |
| 15452777 | * | National Enterprise Systems, 29125 Solon Rd., Solon, OH 44139-3442 |
| 15452778 | *+ | Nationstar Mortgage, LLC DBA Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 15452779 | * | PAM, LLC-PA Turnpike, PO Box 1153, Milwaukee, WI 53201-1153 |
| 15452782 | *P++ | PHOENIX FINANCIAL SERVICES LLC, PO BOX 361450, INDIANAPOLIS IN 46236-1450, address filed with court:, Phoenix Financial Services, LLC, PO Box 361450, Indianapolis, IN 46236-1450 |
| 15452783 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 15452780 | * | Penn Credit, 916 S 14th Street, PO Box 988, Harrisburg, PA 17108-0988 |
| 15452781 | * | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 15452784 | *+ | Primary Health Network, PO Box 716, Sharon, PA 16146-0716 |
| 15452785 | * | Robert Peirce & Associates, PC, 2500 Gulf Tower, Pittsburgh, PA 15219 |
| 15452790 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service Inc., PO Box 6250, Madison, WI 53716-0250 |
| 15452786 | * | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 15452787 | *+ | Sklar Law, LLC, 1200 Laurel Oak Road, Ste. 102, Andrew Sklar Esquire, Voorhees, NJ 08043-4317 |
| 15452788 | * | Southwest Credit System, LP, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |

| | | |
|---|---|---|
| 15452789 | * | Spectrum, PO Box 901, Carol Stream, IL 60132-0901 |
| 15452791 | *P++ | TRS RECOVERY SERVICES INC, P O BOX 674169, MARIETTA GA 30006-0070, address filed with court:, TRS Recovery Services, Inc., PO Box 60022, City of Industry, CA 91716 |
| 15452792 | *P++ | TXU ENERGY RETAIL COMPANY LP, CO BANKRUPTCY DEPARTMENT, PO BOX 650393, DALLAS TX 75265-0393, address filed with court:, TXU Energy, 6555 Sierra Dr., Irving, TX 75309 |
| 15452793 | * | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15452794 | *+ | Valentine & Kebartas, Inc., PO Box 325, Lawrence, MA 01842-0625 |
| 15452795 | *+ | Van RU Credit Corp., PO Box 301076, Chicago, IL 60630-1076 |
| 15452796 | *+ | Waypoint Resourse Group LLC, PO Box 8588, San Antonio, TX 78208-0588 |
| 15452797 | *+ | Woodforest National Bank, 25231 Grogans Mill Suite 450, Spring, TX 77380-3103 |
| 15452798 | *+ | Woodland Meadows, 25335 Budde Road, Spring, TX 77380-2200 |
| 15448296 | ## | Diversified Consultants, Inc., PO Box 1391, Southgate, MI 48195-0391 |
| 15448317 | ##+ | Sklar Law, LLC, 1200 Laurel Oak Road, Ste. 102, Andrew Sklar Esquire, Voorhees, NJ 08043-4317 |
| 15448325 | ##+ | Van RU Credit Corp., PO Box 301076, Chicago, IL 60630-1076 |

TOTAL: 1 Undeliverable, 51 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paula J. Cialella | on behalf of Joint Debtor Waldene N. Bubeck paula@nypalaw.com jennie@nypalaw.com;kayann@nypalaw.com |
| Paula J. Cialella | on behalf of Debtor William R. Bubeck paula@nypalaw.com jennie@nypalaw.com;kayann@nypalaw.com |
| Tamera Ochs Rothschild | trothschild@gmx.com pa70@ecfcbis.com |

TOTAL: 5