FILED
4/13/22 11:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| WILLIAM R. BUBEK and | : | Case No. 22-10040-TPA |
| WALDENE N. BUBECK | : | Chapter 7 |
| *Debtors* | : | Related to Document No. 17 |
| | : | Hearing: April 28, 2022 at 10:30 A.M. |

### ORDER TO SHOW CAUSE

*AND NOW*, this *13th day* of *April, 2022,* in light of the filing of the virtual entry from the Trustee filed at Document No. 17 indicating that the Debtors have failed to attend two (2) scheduled §341 Meetings of Creditors and that dismissal is recommended,

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)  An *Order to Show Cause* is issued against the Debtors, **William R. Bubek and Waldene N. Bubek**, to *personally* appear at a hearing scheduled on *April 28, 2022 at 10:30 A.M.* to be held by the *Zoom Video Conference Application* and show cause why they should not be held in contempt of court and the case dismissed for their intentional failure to attend the Meeting of Creditors previously scheduled for March 8, 2022 and April 12, 2022.

(2)  The Parties must comply with Judge Agresti's *Amended Notice of Temporary Modification of Appearance Procedures*, dated and effective November 22, 2021, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.

1

(3)  ***Initializing Zoom Hearing:***  To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or use the following Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Chambers at 814-464-9760.

_____
Thomas P. Agresti, Judge    nms
United States Bankruptcy Court

Case Administrator to serve:
    All Creditors and Parties in Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10040-TPA |
| William R. Bubeck | Chapter 7 |
| Waldene N. Bubeck | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 13, 2022 | Form ID: pdf900 | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William R. Bubeck, Waldene N. Bubeck, 12 Carnegie Street, Greenville, PA 16125-1603 |
| 15448282 | + | ARS, 1643 NW 136th Avenue, Building H, Suite 100, Sunrise, FL 33323-2857 |
| 15448280 | + | Action Revenue Recovery, 910 Bres Ave., Monroe, LA 71201-5955 |
| 15448281 | + | Apothaker Scian PC, 520 Fellowship Road, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15448285 | | Capio Partners LLC, 311 30th Avenue, Sherman, TX 75091 |
| 15448284 | | Capio Partners LLC, 311 30th Avenue E, Sherman, TX 75091 |
| 15448295 | + | Diversified Adjustment Service, Inc,, 600 Coon Rapids Blvd. NW, Coon Rapids, MN 55433-5549 |
| 15448297 | | Excel Pain Consultants LLC, Muhammad Arif, MD, PO Box 14397, Youngstown, OH 44514-7397 |
| 15448298 | | Heritage Valley Health System, HVMG Surgical Associates, PO Box 536589, Pittsburgh, PA 15253-5907 |
| 15448300 | + | Innovative Recovery Inc., 5310 Harvest Hill Road, Suite 277, Dallas, TX 75230-5800 |
| 15448302 | + | KML Law Group, P.C., 701 Market Street Suite 5000, BNY Mellon Independence Ctr., Philadelphia, PA 19106-1541 |
| 15448304 | + | Linebarger Goggan Blair & Sampson LLP, Attorneys at Law, PO Box 659443, San Antonio, TX 78265-9443 |
| 15448305 | ++ | MEDSTAR PHYSICIAN S BILLING SERVICES, PO BOX 847, ARLINGTON VA 22216-0847 address filed with court:, MedStar Physicians Billing Services, PO Box 847, Arlington, VA 22216-0847 |
| 15448309 | | PAM, LLC-PA Turnpike, PO Box 1153, Milwaukee, WI 53201-1153 |
| 15448310 | | Penn Credit, 916 S 14th Street, PO Box 988, Harrisburg, PA 17108-0988 |
| 15448314 | + | Primary Health Network, PO Box 716, Sharon, PA 16146-0716 |
| 15448315 | | Robert Peirce & Associates, PC, 2500 Gulf Tower, Pittsburgh, PA 15219 |
| 15448316 | | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 15448323 | | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15448326 | + | Waypoint Resourse Group LLC, PO Box 8588, San Antonio, TX 78208-0588 |
| 15448328 | + | Woodland Meadows, 25335 Budde Road, Spring, TX 77380-2200 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15448283 | + | Email/Text: bankruptcy@cavps.com | Apr 13 2022 23:13:00 | Calvery Portfolio Services, 500 Summit Lake Drive Ste 4A, Valhalla, NY 10595-2323 |
| 15448286 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 13 2022 23:18:30 | Captial One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15448287 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 13 2022 23:18:30 | Captial One Bank/Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15448288 | | Email/Text: documentfiling@lciinc.com | Apr 13 2022 23:13:00 | Comcast Cable, PO Box 3005, Southeastern, PA 19398-3005 |
| 15448289 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Apr 13 2022 23:13:00 | Commonwealth Finance, 245 Main Street, Scranton, PA 18519-1641 |
| 15448291 | | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 13 2022 23:13:00 | Credit Collection Service, PO Box 55126, Boston, |

Case 22-10040-TPA  Doc 19  Filed 04/15/22  Entered 04/16/22 00:23:20  Desc Imaged
Certificate of Notice  Page 4 of 6

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 13, 2022 | Form ID: pdf900 | Total Noticed: 47 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | MA 02205-5126 |
| 15448292 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 13 2022 23:13:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15448294 | | Email/Text: bdsupport@creditmanagementcompany.com | Apr 13 2022 23:13:00 | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15448293 | + | Email/Text: bdsupport@creditmanagementcompany.com | Apr 13 2022 23:13:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15448299 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2022 23:18:31 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15448301 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 13 2022 23:13:00 | Jefferson Capital Systems, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15448303 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 13 2022 23:13:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15448306 | | Email/Text: bankruptcy@ncaks.com | Apr 13 2022 23:13:00 | National Credit Adjustors, PO Box 3023, Hutchinson, KS 67504-3023 |
| 15448307 | | Email/Text: list-nes-clientservicesreps-all@nes1.com | Apr 13 2022 23:13:00 | National Enterprise Systems, 29125 Solon Rd., Solon, OH 44139-3442 |
| 15448308 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 13 2022 23:13:00 | Nationstar Mortgage, LLC DBA Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 15448312 | | Email/Text: info@phoenixfinancialsvcs.com | Apr 13 2022 23:13:00 | Phoenix Financial Services, LLC, PO Box 361450, Indianapolis, IN 46236-1450 |
| 15448313 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 13 2022 23:13:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 15448311 | | Email/Text: bankruptcy@firstenergycorp.com | Apr 13 2022 23:13:00 | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 15449080 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 13 2022 23:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15448320 | | Email/Text: amieg@stcol.com | Apr 13 2022 23:13:00 | State Collection Service Inc., PO Box 6250, Madison, WI 53716-0250 |
| 15448316 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 13 2022 23:13:00 | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 15448318 | | Email/Text: bankruptcy@sw-credit.com | Apr 13 2022 23:13:00 | Southwest Credit System, LP, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 15448319 | | Email/Text: dl-csgbankruptcy@charter.com | Apr 13 2022 23:13:00 | Spectrum, PO Box 901, Carol Stream, IL 60132-0901 |
| 15448321 | | Email/Text: CollectionsCompliance@firstdata.com | Apr 13 2022 23:13:00 | TRS Recovery Services, Inc., PO Box 60022, City of Industry, CA 91716 |
| 15448322 | | Email/Text: txulec09@vistraenergy.com | Apr 13 2022 23:13:00 | TXU Energy, 6555 Sierra Dr., Irving, TX 75309 |
| 15448324 | + | Email/Text: hcouto@v-k-i.net | Apr 13 2022 23:13:00 | Valentine & Kebartas, Inc., PO Box 325, Lawrence, MA 01842-0625 |
| 15448327 | + | Email/Text: ebankruptcy@woodforest.com | Apr 13 2022 23:13:00 | Woodforest National Bank, 25231 Grogans Mill Suite 450, Spring, TX 77380-3103 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Legacy Mortgage Asset Trust 2020-GS5 |
| 15452752 | *+ | ARS, 1643 NW 136th Avenue, Building H, Suite 100, Sunrise, FL 33323-2857 |

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 13, 2022 | Form ID: pdf900 | Total Noticed: 47 |

| | | |
|---|---|---|
| 15452750 | *+ | Action Revenue Recovery, 910 Bres Ave., Monroe, LA 71201-5955 |
| 15452751 | *+ | Apothaker Scian PC, 520 Fellowship Road, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15452753 | *+ | Calvery Portfolio Services, 500 Summit Lake Drive Ste 4A, Valhalla, NY 10595-2323 |
| 15452754 | * | Capio Partners LLC, 311 30th Avenue E, Sherman, TX 75091 |
| 15452755 | * | Capio Partners LLC, 311 30th Avenue, Sherman, TX 75091 |
| 15452756 | *+ | Captial One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15452757 | *+ | Captial One Bank/Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15452758 | * | Comcast Cable, PO Box 3005, Southeastern, PA 19398-3005 |
| 15448290 | *+ | Commonwealth Finance, 245 Main St, Scranton, PA 18519-1641 |
| 15452760 | *+ | Commonwealth Finance, 245 Main St, Scranton, PA 18519-1641 |
| 15452759 | *+ | Commonwealth Finance, 245 Main Street, Scranton, PA 18519-1641 |
| 15452761 | * | Credit Collection Service, PO Box 55126, Boston, MA 02205-5126 |
| 15452762 | *+ | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15452764 | * | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15452763 | *+ | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15452765 | *+ | Diversified Adjustment Service, Inc,, 600 Coon Rapids Blvd. NW, Coon Rapids, MN 55433-5549 |
| 15452766 | * | Diversified Consultants, Inc., PO Box 1391, Southgate, MI 48195-0391 |
| 15452767 | * | Excel Pain Consultants LLC, Muhammad Arif, MD, PO Box 14397, Youngstown, OH 44514-7397 |
| 15452768 | * | Heritage Valley Health System, HVMG Surgical Associates, PO Box 536589, Pittsburgh, PA 15253-5907 |
| 15452769 | * | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15452770 | *+ | Innovative Recovery Inc., 5310 Harvest Hill Road, Suite 277, Dallas, TX 75230-5800 |
| 15452771 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15452772 | *+ | KML Law Group, P.C., 701 Market Street Suite 5000, BNY Mellon Independence Ctr., Philadelphia, PA 19106-1541 |
| 15452773 | *+ | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15452774 | *+ | Linebarger Goggan Blair & Sampson LLP, Attorneys at Law, PO Box 659443, San Antonio, TX 78265-9443 |
| 15452775 | *P++ | MEDSTAR PHYSICIAN S BILLING SERVICES, PO BOX 847, ARLINGTON VA 22216-0847, address filed with court:, MedStar Physicians Billing Services, PO Box 847, Arlington, VA 22216-0847 |
| 15452776 | * | National Credit Adjustors, PO Box 3023, Hutchinson, KS 67504-3023 |
| 15452777 | * | National Enterprise Systems, 29125 Solon Rd., Solon, OH 44139-3442 |
| 15452778 | *+ | Nationstar Mortgage, LLC DBA Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 15452779 | * | PAM, LLC-PA Turnpike, PO Box 1153, Milwaukee, WI 53201-1153 |
| 15452782 | *P++ | PHOENIX FINANCIAL SERVICES LLC, PO BOX 361450, INDIANAPOLIS IN 46236-1450, address filed with court:, Phoenix Financial Services, LLC, PO Box 361450, Indianapolis, IN 46236-1450 |
| 15452783 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 15452780 | * | Penn Credit, 916 S 14th Street, PO Box 988, Harrisburg, PA 17108-0988 |
| 15452781 | * | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 15452784 | *+ | Primary Health Network, PO Box 716, Sharon, PA 16146-0716 |
| 15452785 | * | Robert Peirce & Associates, PC, 2500 Gulf Tower, Pittsburgh, PA 15219 |
| 15452790 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service Inc., PO Box 6250, Madison, WI 53716-0250 |
| 15452786 | * | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 15452787 | *+ | Sklar Law, LLC, 1200 Laurel Oak Road, Ste. 102, Andrew Sklar Esquire, Voorhees, NJ 08043-4317 |
| 15452788 | * | Southwest Credit System, LP, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 15452789 | * | Spectrum, PO Box 901, Carol Stream, IL 60132-0901 |
| 15452791 | *P++ | TRS RECOVERY SERVICES INC, P O BOX 674169, MARIETTA GA 30006-0070, address filed with court:, TRS Recovery Services, Inc., PO Box 60022, City of Industry, CA 91716 |
| 15452792 | *P++ | TXU ENERGY RETAIL COMPANY LP, CO BANKRUPTCY DEPARTMENT, PO BOX 650393, DALLAS TX 75265-0393, address filed with court:, TXU Energy, 6555 Sierra Dr., Irving, TX 75309 |
| 15452793 | * | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15452794 | *+ | Valentine & Kebartas, Inc., PO Box 325, Lawrence, MA 01842-0625 |
| 15452795 | *+ | Van RU Credit Corp., PO Box 301076, Chicago, IL 60630-1076 |
| 15452796 | *+ | Waypoint Resourse Group LLC, PO Box 8588, San Antonio, TX 78208-0588 |
| 15452797 | *+ | Woodforest National Bank, 25231 Grogans Mill Suite 450, Spring, TX 77380-3103 |
| 15452798 | *+ | Woodland Meadows, 25335 Budde Road, Spring, TX 77380-2200 |
| 15448296 | ## | Diversified Consultants, Inc., PO Box 1391, Southgate, MI 48195-0391 |
| 15448317 | ##+ | Sklar Law, LLC, 1200 Laurel Oak Road, Ste. 102, Andrew Sklar Esquire, Voorhees, NJ 08043-4317 |
| 15448325 | ##+ | Van RU Credit Corp., PO Box 301076, Chicago, IL 60630-1076 |

TOTAL: 1 Undeliverable, 50 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

Case 22-10040-TPA  Doc 19  Filed 04/15/22  Entered 04/16/22 00:23:20  Desc Imaged
Certificate of Notice  Page 6 of 6

| District/off: 0315-1 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 13, 2022 | Form ID: pdf900 | Total Noticed: 47 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 15, 2022                              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paula J. Cialella | on behalf of Joint Debtor Waldene N. Bubeck paula@nypalaw.com jennie@nypalaw.com;kayann@nypalaw.com |
| Paula J. Cialella | on behalf of Debtor William R. Bubeck paula@nypalaw.com jennie@nypalaw.com;kayann@nypalaw.com |
| Tamera Ochs Rothschild | trothschild@gmx.com pa70@ecfcbis.com |
| Tamera Ochs Rothschild | on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com pa70@ecfcbis.com |

TOTAL: 6