IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: | : | Case No. 22-10040-TPA |
| | : | |
| **William R. Bubek and** | : | |
| **Waldene N. Bubeck,** | : | |
| Debtor. | : | Chapter 7 |
| | : | |
| **William R. Bubeck and** | : | |
| **Waldene N. Bubeck,** | : | |
| Debtor/Movant, | : | Document No.: |
| | : | |
| Vs. | : | Related to Document No. 17 |
| | : | |
| **Charles O. Zebley, Trustee,** | : | |
| **United States Trustee,** | : | |
| **Respondents.** | : | |

## RESPONSE TO ORDER TO SHOW CAUSE

And now comes the debtors, William R. Bubeck and Waldene N. Bubeck, by and through their attorney, Paula J. Cialella, Esquire and files the following Response to Order to Show Cause:

1. The debtor, Waldene N. Bubeck has ongoing health issues. The debtors missed both meetings due to her illness.

2. The first hearing the debtors were not available due to her condition and did not give notice to counsel.

3. For the second meeting Mrs. Bubeck had to seek medical treatment at the time of the meeting and they notified counsel late the day before.

4. They did not willfully and intentionally fail to appear.

5. Counsel is in the process of preparing a Power of Attorney for Mr. Bubeck to appear for both if necessary.

6. Debtors request that the 341 Meeting be rescheduled one last time to give them the opportunity to complete the Chapter 7 Bankruptcy.

Wherefore it is respectfully requested that the 341 Meeting be rescheduled and for such other and further relief this honorable court deems to be just.

Respectfully submitted,

Date: 4/25/2022

/s/ *Paula J. Cialella, Esq.*
Paula J. Cialella, Esquire
PA I.D. 73264
113 N. Mercer Street
New Castle, PA 16101
(724) 658-4417 (p)
(724) 657-3525 (f)
paula@nypalaw.co