# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In RE: | : | Case No. 22-10040-TPA |
| | : | |
| William R. Bubek and | : | |
| Waldene N. Bubeck, | : | |
| Debtor. | : | Chapter 7 |
| | : | |
| William R. Bubeck and | : | |
| Waldene N. Bubeck, | : | |
| Debtor/Movant, | : | Document No.: |
| | : | |
| Vs. | : | Related to Document No. 17 |
| | : | |
| Charles O. Zebley, Trustee, | : | |
| United States Trustee, | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, Paula J. Cialella, Esquire, of 113 N. Mercer Street, New Castle, Pennsylvania, 16101, certify that I am, and at all times hereinafter mentioned, was more than 18 years of age; that on the 25th day of April, 2022, I served a copy of the Response to Order to Show Cause via electronic notification and/or via First Class Mail on the following:

| | |
|---|---|
| Office of the U.S. Trustee | Trustee Charles O. Zebley, Jr |
| Ustpregion03.pi.ecf@usdoj.gov | COZ@zeblaw.com |

Action Revenue Recovery
910 Bres Ave.
Monroe, LA 71201

Apothaker Scian PC
520 Fellowship Road
PO Box 5496
Mount Laurel, NJ 08054

ARS
1643 NW 136th Avenue
Building H, Suite 100
Sunrise, FL 33323

Calvery Portfolio Services
500 Summit Lake Drive Ste 4A
Valhalla, NY 10595

Capio Partners LLC
311 30th Avenue E
Sherman, TX 75091

Capio Partners LLC
311 30th Avenue
Sherman, TX 75091

Captial One Bank USA NA
PO Box 30281
Salt Lake City, UT 84130

Captial One Bank/Walmart
PO Box 30281
Salt Lake City, UT 84130

Comcast Cable
PO Box 3005
Southeastern, PA 19398-3005

Commonwealth Finance
245 Main Street
Scranton, PA 18519

Commonwealth Finance
245 Main St
Scranton, PA 18519

Credit Collection Service
PO Box 55126
Boston, MA 02205-5126

Credit Collection Services
725 Canton Street
Norwood, MA 02062

Credit Management Company
2121 Noblestown Road
Pittsburgh, PA 15205

Credit Management Company
PO Box 16346
Pittsburgh, PA 15242-0346

Diversified Adjustment Service, Inc,
600 Coon Rapids Blvd. NW
Coon Rapids, MN 55433

Diversified Consultants, Inc.
PO Box 1391
Southgate, MI 48195-0391

Excel Pain Consultants LLC
Muhammad Arif, MD
PO Box 14397
Youngstown, OH 44514-7397

Heritage Valley Health System
HVMG Surgical Associates
PO Box 536589
Pittsburgh, PA 15253-5907

Home Depot Credit Services
PO Box 9001010
Louisville, KY 40290-1010

Innovative Recovery Inc.
5310 Harvest Hill Road, Suite 277
Dallas, TX 75330

Jefferson Capital Systems
16 Mcleland Rd
Saint Cloud, MN 56303

KML Law Group, P.C.
701 Market Street Suite 5000
BNY Mellon Independence Ctr.
Philadelphia, PA 19106

Kohls Department Store
PO Box 3115
Milwaukee, WI 53201

Linebarger Goggan Blair & Sampson LLP
Attorneys at Law
PO Box 659443
San Antonio, TX 78265

MedStar Physicians Billing Services
PO Box 847
Arlington, VA 22216-0847

National Credit Adjustors
PO Box 3023
Hutchinson, KS 67504-3023

National Enterprise Systems
29125 Solon Rd.
Solon, OH 44139-3442

Nationstar Mortgage, LLC DBA Mr. Cooper
8950 Cypress Waters Blvd.
Coppell, TX 75019

PAM, LLC-PA Turnpike
PO Box 1153
Milwaukee, WI 53201-1153

Penn Credit
916 S 14th Street
PO Box 988
Harrisburg, PA 17108-0988

Penn Power
PO Box 3687
Akron, OH 44309-3687

Phoenix Financial Services, LLC
PO Box 361450
Indianapolis, IN 46236-1450

PNC Bank
PO Box 3180
Pittsburgh, PA 15230

Primary Health Network
PO Box 716
Sharon, PA 16146

Robert Peirce & Associates, PC
2500 Gulf Tower
Pittsburgh, PA 15219

Select Portfolio Servicing
PO Box 65450
Salt Lake City, UT 84165-0450

Sklar Law, LLC
1200 Laurel Oak Road, Ste. 102
Andrew Sklar Esquire
Voorhees, NJ 08043

Southwest Credit System, LP
4120 International Pkwy, Suite 1100
Carrollton, TX 75007-1958

Spectrum
PO Box 901
Carol Stream, IL 60132-0901

State Collection Service Inc.
PO Box 6250
Madison, WI 53716-0250

TRS Recovery Services, Inc.
PO Box 60022
City of Industry, CA 91716

TXU Energy
6555 Sierra Dr.
Irving, TX 75309

UPMC Health Services
PO Box 371472
Pittsburgh, PA 15250-7472

Valentine & Kebartas, Inc.
PO Box 325
Lawrence, MA 01842-0325

Van RU Credit Corp.
PO Box 301076
Chicago, IL 60630

Waypoint Resourse Group LLC
PO Box 8588
San Antonio, TX 78294-1081

Woodforest National Bank
25231 Grogans Mill Suite 450
Spring, TX 77387

Woodland Meadows
25335 Budde Road
Spring, TX 77380

                          Respectfully submitted,

Date: 04/25/2022                      ***/s/ Paula J. Cialella***
                                          Paula J. Cialella, Esquire
                                          PA I.D. No. 73264
                                          Attorney at Law
                                          113 N. Mercer Street
                                          New Castle, PA  16101
                                          (724) 658-4417 (p)
                                          (724) 657-3525 (f)
                                          paula@nypalaw.com