FILED
4/28/22 3:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-10040-TPA |
| | : | | |
| William R. Bubeck | : | Chapter: | 7 |
| Waldene N. Bubeck | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 4/28/2022 |
| | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER**  #18 OTSC for failure to attend 341 Meetings
  #21 Resp. by Debtors
  **(Debtors to personally appear)**

**APPEARANCES:**
  Debtor: Paula J. Cialella
  Trustee: Tamera Ochs Rothschild

**NOTES:**

Cialella:  The Debtors cite illness for missing the first and second meetings.

Rothschild:  No objection to giving the Debtors one more chance.

**OUTCOME:**  #18 OTSC . . . VACATED. Chambers to issue Order. If Debtors miss a third 341 meeting, the case will be dismissed with prejudice and a 180 day bar to refiling.

*[signature]*
nms