FILED
4/29/22 10:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   WILLIAM R. BUBECK,                    :   Case No. 22-10040-TPA
   WALDENE N. BUBECK,                :   Chapter 7
                 *Debtor(s)*.           :   Related to Document Nos. 18 and 21

## ORDER

On April 28, 2022, a hearing was held on the *Order to Show Cause* issued against the Debtors (Doc. No. 18) for their failure to attend two (2) scheduled §341 Meetings of Creditors, and the Debtors' *Response to Order to Show Cause* (Doc. No. 21).

*AND NOW*, this **28th** day of *April 2022*, in light of the matters discussed at the hearing, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that:

(1)   The *Order to Show Cause* is **VACATED**.

(2)   If the Debtors fail to attend another §341 Meeting of Creditors, barring exigent circumstances or prior Court approval, the case will be dismissed prejudice.

*[signature]*

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
   Debtor
   Paula J. Cialella, Esq.
   Tamera O. Rothschild, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10040-TPA |
| William R. Bubeck | Chapter 7 |
| Waldene N. Bubeck | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 29, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William R. Bubeck, 12 Carnegie Street, Greenville, PA 16125-1603 |
| jdb | + | Waldene N. Bubeck, 12 Carnegie Street, Greenville, PA 16125-1603 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2022                      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paula J. Cialella | on behalf of Joint Debtor Waldene N. Bubeck paula@nypalaw.com  jennie@nypalaw.com;kayann@nypalaw.com |
| Paula J. Cialella | on behalf of Debtor William R. Bubeck paula@nypalaw.com  jennie@nypalaw.com;kayann@nypalaw.com |
| Tamera Ochs Rothschild | trothschild@gmx.com  pa70@ecfcbis.com |

District/off: 0315-1 | User: auto | Page 2 of 2
Date Rcvd: Apr 29, 2022 | Form ID: pdf900 | Total Noticed: 2

Tamera Ochs Rothschild
                        on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com pa70@ecfcbis.com

TOTAL: 6