| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | William R. Bubeck | Social Security number or ITIN  xxx–xx–3981 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Waldene N. Bubeck | Social Security number or ITIN  xxx–xx–9043 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 22–10040–TPA | |

# Order of Discharge                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

William R. Bubeck                                  Waldene N. Bubeck
                                                   aka Waldene N Baugh

7/11/22                                            **By the court:**  Thomas P. Agresti
                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10040-TPA |
| William R. Bubeck | Chapter 7 |
| Waldene N. Bubeck | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 11, 2022 | Form ID: 318 | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William R. Bubeck, Waldene N. Bubeck, 12 Carnegie Street, Greenville, PA 16125-1603 |
| 15448282 | + | ARS, 1643 NW 136th Avenue, Building H, Suite 100, Sunrise, FL 33323-2857 |
| 15448281 | + | Apothaker Scian PC, 520 Fellowship Road, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15448285 | | Capio Partners LLC, 311 30th Avenue, Sherman, TX 75091 |
| 15448284 | | Capio Partners LLC, 311 30th Avenue E, Sherman, TX 75091 |
| 15448297 | | Excel Pain Consultants LLC, Muhammad Arif, MD, PO Box 14397, Youngstown, OH 44514-7397 |
| 15448298 | | Heritage Valley Health System, HVMG Surgical Associates, PO Box 536589, Pittsburgh, PA 15253-5907 |
| 15448300 | + | Innovative Recovery Inc., 5310 Harvest Hill Road, Suite 277, Dallas, TX 75230-5800 |
| 15448302 | + | KML Law Group, P.C., 701 Market Street Suite 5000, BNY Mellon Independence Ctr., Philadelphia, PA 19106-1541 |
| 15448304 | + | Linebarger Goggan Blair & Sampson LLP, Attorneys at Law, PO Box 659443, San Antonio, TX 78265-9443 |
| 15448305 | ++ | MEDSTAR PHYSICIAN S BILLING SERVICES, PO BOX 847, ARLINGTON VA 22216-0847 address filed with court:, MedStar Physicians Billing Services, PO Box 847, Arlington, VA 22216-0847 |
| 15448309 | | PAM, LLC-PA Turnpike, PO Box 1153, Milwaukee, WI 53201-1153 |
| 15448310 | | Penn Credit, 916 S 14th Street, PO Box 988, Harrisburg, PA 17108-0988 |
| 15448314 | + | Primary Health Network, PO Box 716, Sharon, PA 16146-0716 |
| 15448315 | | Robert Peirce & Associates, PC, 2500 Gulf Tower, Pittsburgh, PA 15219 |
| 15448326 | + | Waypoint Resourse Group LLC, PO Box 8588, San Antonio, TX 78208-0588 |
| 15448328 | + | Woodland Meadows, 25335 Budde Road, Spring, TX 77380-2200 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 12 2022 04:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2022 00:06:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15448280 | | Email/Text: bankruptcies@actionrevenue.com | Jul 12 2022 00:06:00 | Action Revenue Recovery, 910 Bres Ave., Monroe, LA 71201 |
| 15448283 | + | Email/Text: bankruptcy@cavps.com | Jul 12 2022 00:06:00 | Calvery Portfolio Services, 500 Summit Lake Drive Ste 4A, Valhalla, NY 10595-2323 |
| 15448286 | + | EDI: CAPITALONE.COM | Jul 12 2022 04:08:00 | Captial One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15448287 | + | EDI: CAPITALONE.COM | | |

Case 22-10040-TPA    Doc 34    Filed 07/13/22    Entered 07/14/22 00:24:54    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 11, 2022 | Form ID: 318 | Total Noticed: 48 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15448288 | | EDI: COMCASTCBLCENT | Jul 12 2022 04:08:00 | Captital One Bank/Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15448289 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Jul 12 2022 04:08:00 | Comcast Cable, PO Box 3005, Southeastern, PA 19398-3005 |
| 15448291 | | EDI: CCS.COM | Jul 12 2022 00:06:00 | Commonwealth Finance, 245 Main Street, Scranton, PA 18519-1641 |
| 15448292 | + | EDI: CCS.COM | Jul 12 2022 04:08:00 | Credit Collection Service, PO Box 55126, Boston, MA 02205-5126 |
| 15448294 | | Email/Text: bdsupport@creditmanagementcompany.com | Jul 12 2022 04:08:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15448293 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jul 12 2022 00:06:00 | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15448295 | ^ | MEBN | Jul 12 2022 00:06:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15448299 | | EDI: CITICORP.COM | Jul 12 2022 00:05:09 | Diversified Adjustment Service, Inc,, 600 Coon Rapids Blvd. NW, Coon Rapids, MN 55433-5549 |
| 15448301 | | EDI: JEFFERSONCAP.COM | Jul 12 2022 04:08:00 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15448303 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 12 2022 04:08:00 | Jefferson Capital Systems, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15448306 | | Email/Text: bankruptcy@ncaks.com | Jul 12 2022 00:06:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15448307 | | Email/Text: list-nes-clientservicesreps-all@nes1.com | Jul 12 2022 00:06:00 | National Credit Adjustors, PO Box 3023, Hutchinson, KS 67504-3023 |
| 15448308 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 12 2022 00:06:00 | National Enterprise Systems, 29125 Solon Rd., Solon, OH 44139-3442 |
| 15448312 | | Email/Text: info@phoenixfinancialsvcs.com | Jul 12 2022 00:06:00 | Nationstar Mortgage, LLC DBA Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 15448313 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 12 2022 00:06:00 | Phoenix Financial Services, LLC, PO Box 361450, Indianapolis, IN 46236-1450 |
| 15448311 | | Email/Text: bankruptcy@firstenergycorp.com | Jul 12 2022 00:06:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 15449080 | | EDI: PENNDEPTREV | Jul 12 2022 00:06:00 | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 15449080 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2022 04:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15448320 | | Email/Text: amieg@stcol.com | Jul 12 2022 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15448316 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 12 2022 00:06:00 | State Collection Service Inc., PO Box 6250, Madison, WI 53716-0250 |
| 15448318 | | Email/Text: bankruptcy@sw-credit.com | Jul 12 2022 00:06:00 | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 15448319 | | Email/Text: dl-csgbankruptcy@charter.com | Jul 12 2022 00:06:00 | Southwest Credit System, LP, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 15448321 | | Email/Text: CollectionsCompliance@firstdata.com | Jul 12 2022 00:06:00 | Spectrum, PO Box 901, Carol Stream, IL 60132-0901 |
| 15448322 | | Email/Text: txulec09@vistraenergy.com | Jul 12 2022 00:06:00 | TRS Recovery Services, Inc., PO Box 60022, City of Industry, CA 91716 |
| 15448323 | ^ | MEBN | Jul 12 2022 00:06:00 | TXU Energy, 6555 Sierra Dr., Irving, TX 75309 |

Case 22-10040-TPA   Doc 34   Filed 07/13/22   Entered 07/14/22 00:24:54   Desc Imaged
                          Certificate of Notice   Page 5 of 6

| District/off: 0315-1 | User: auto | Page 3 of 4 |
| --- | --- | --- |
| Date Rcvd: Jul 11, 2022 | Form ID: 318 | Total Noticed: 48 |

| | | Jul 12 2022 00:05:24 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| --- | --- | --- | --- |
| 15448324 | + Email/Text: hcouto@v-k-i.net | | |
| | | Jul 12 2022 00:06:00 | Valentine & Kebartas, Inc., PO Box 325, Lawrence, MA 01842-0625 |
| 15448327 | + Email/Text: ebankruptcy@woodforest.com | | |
| | | Jul 12 2022 00:06:00 | Woodforest National Bank, 25231 Grogans Mill Suite 450, Spring, TX 77380-3103 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Legacy Mortgage Asset Trust 2020-GS5 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15452750 | *P++ | ACTION REVENUE RECOVERY, 910 BRES AVENUE, MONROE LA 71201-5955, address filed with court:, Action Revenue Recovery, 910 Bres Ave., Monroe, LA 71201 |
| 15452752 | *+ | ARS, 1643 NW 136th Avenue, Building H, Suite 100, Sunrise, FL 33323-2857 |
| 15452751 | *+ | Apothaker Scian PC, 520 Fellowship Road, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15452753 | *+ | Calvery Portfolio Services, 500 Summit Lake Drive Ste 4A, Valhalla, NY 10595-2323 |
| 15452754 | * | Capio Partners LLC, 311 30th Avenue E, Sherman, TX 75091 |
| 15452755 | * | Capio Partners LLC, 311 30th Avenue, Sherman, TX 75091 |
| 15452756 | *+ | Captial One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15452757 | *+ | Captital One Bank/Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15452758 | * | Comcast Cable, PO Box 3005, Southeastern, PA 19398-3005 |
| 15448290 | *+ | Commonwealth Finance, 245 Main St, Scranton, PA 18519-1641 |
| 15452760 | *+ | Commonwealth Finance, 245 Main St, Scranton, PA 18519-1641 |
| 15452759 | *+ | Commonwealth Finance, 245 Main Street, Scranton, PA 18519-1641 |
| 15452761 | * | Credit Collection Service, PO Box 55126, Boston, MA 02205-5126 |
| 15452762 | *+ | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 15452764 | * | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15452763 | *+ | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15452765 | *+ | Diversified Adjustment Service, Inc,, 600 Coon Rapids Blvd. NW, Coon Rapids, MN 55433-5549 |
| 15452766 | * | Diversified Consultants, Inc., PO Box 1391, Southgate, MI 48195-0391 |
| 15452767 | * | Excel Pain Consultants LLC, Muhammad Arif, MD, PO Box 14397, Youngstown, OH 44514-7397 |
| 15452768 | * | Heritage Valley Health System, HVMG Surgical Associates, PO Box 536589, Pittsburgh, PA 15253-5907 |
| 15452769 | * | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15452770 | *+ | Innovative Recovery Inc., 5310 Harvest Hill Road, Suite 277, Dallas, TX 75230-5800 |
| 15452771 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15452772 | *+ | KML Law Group, P.C., 701 Market Street Suite 5000, BNY Mellon Independence Ctr., Philadelphia, PA 19106-1541 |
| 15452773 | *+ | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15452774 | *+ | Linebarger Goggan Blair & Sampson LLP, Attorneys at Law, PO Box 659443, San Antonio, TX 78265-9443 |
| 15452775 | *P++ | MEDSTAR PHYSICIAN S BILLING SERVICES, PO BOX 847, ARLINGTON VA 22216-0847, address filed with court:, MedStar Physicians Billing Services, PO Box 847, Arlington, VA 22216-0847 |
| 15452776 | * | National Credit Adjustors, PO Box 3023, Hutchinson, KS 67504-3023 |
| 15452777 | * | National Enterprise Systems, 29125 Solon Rd., Solon, OH 44139-3442 |
| 15452778 | *+ | Nationstar Mortgage, LLC DBA Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 15452779 | * | PAM, LLC-PA Turnpike, PO Box 1153, Milwaukee, WI 53201-1153 |
| 15452782 | *P++ | PHOENIX FINANCIAL SERVICES LLC, PO BOX 361450, INDIANAPOLIS IN 46236-1450, address filed with court:, Phoenix Financial Services, LLC, PO Box 361450, Indianapolis, IN 46236-1450 |
| 15452783 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 15452780 | * | Penn Credit, 916 S 14th Street, PO Box 988, Harrisburg, PA 17108-0988 |
| 15452781 | * | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 15452784 | *+ | Primary Health Network, PO Box 716, Sharon, PA 16146-0716 |
| 15452785 | * | Robert Peirce & Associates, PC, 2500 Gulf Tower, Pittsburgh, PA 15219 |
| 15452790 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service Inc., PO Box 6250, Madison, WI 53716-0250 |
| 15452786 | * | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 15452787 | *+ | Sklar Law, LLC, 1200 Laurel Oak Road, Ste. 102, Andrew Sklar Esquire, Voorhees, NJ 08043-4317 |
| 15452788 | * | Southwest Credit System, LP, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 15452789 | * | Spectrum, PO Box 901, Carol Stream, IL 60132-0901 |

| | | |
|---|---|---|
| 15452791 | *P++ | TRS RECOVERY SERVICES INC, P O BOX 674169, MARIETTA GA 30006-0070, address filed with court:, TRS Recovery Services, Inc., PO Box 60022, City of Industry, CA 91716 |
| 15452792 | *P++ | TXU ENERGY RETAIL COMPANY LP, CO BANKRUPTCY DEPARTMENT, PO BOX 650393, DALLAS TX 75265-0393, address filed with court:, TXU Energy, 6555 Sierra Dr., Irving, TX 75309 |
| 15452793 | * | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15452794 | *+ | Valentine & Kebartas, Inc., PO Box 325, Lawrence, MA 01842-0625 |
| 15452795 | *+ | Van RU Credit Corp., PO Box 301076, Chicago, IL 60630-1076 |
| 15452796 | *+ | Waypoint Resourse Group LLC, PO Box 8588, San Antonio, TX 78208-0588 |
| 15452797 | *+ | Woodforest National Bank, 25231 Grogans Mill Suite 450, Spring, TX 77380-3103 |
| 15452798 | *+ | Woodland Meadows, 25335 Budde Road, Spring, TX 77380-2200 |
| 15448296 | ## | Diversified Consultants, Inc., PO Box 1391, Southgate, MI 48195-0391 |
| 15448317 | ##+ | Sklar Law, LLC, 1200 Laurel Oak Road, Ste. 102, Andrew Sklar Esquire, Voorhees, NJ 08043-4317 |
| 15448325 | ##+ | Van RU Credit Corp., PO Box 301076, Chicago, IL 60630-1076 |

TOTAL: 1 Undeliverable, 51 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paula J. Cialella | on behalf of Joint Debtor Waldene N. Bubeck paula@nypalaw.com jennie@nypalaw.com;kayann@nypalaw.com |
| Paula J. Cialella | on behalf of Debtor William R. Bubeck paula@nypalaw.com jennie@nypalaw.com;kayann@nypalaw.com |
| Tamera Ochs Rothschild | trothschild@gmx.com pa70@ecfcbis.com |
| Tamera Ochs Rothschild | on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com pa70@ecfcbis.com |

TOTAL: 6